IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>for the Use and Benefit of PAGLIARO )<br>BROTHERS STONE COMPANY, INC. )<br>6301 Foxley Road )<br>Upper Marlboro, Maryland 20772, )<br>           )<br>   Plaintiff, )<br>           )<br>v.          )<br>           )<br>           )<br>THE HANOVER INSURANCE COMPANY )<br>440 Lincoln Street )<br>Worcester, Massachusetts 01653, )<br>           )<br>Serve: CT Corporation System, Registered Agent)<br>   1015 15th Street, N.W., Suite 1000 )<br>   Washington, D.C. 20005,, )<br>           )<br>   **Defendant.** )<br>           ) | Case No.: 1:07-cv-01681<br>Judge: Colleen Kollar-Kotelly |

## AFFIDAVIT OF SERVICE

NOTICE IS HEREBY given that the Plaintiff, United States of America for the Use and Benefit of Pagliaro Brothers Stone Company, Inc., did on the 27th day of September 2007, serve upon the Defendant, The Hanover Insurance Company, an original Summons and true copy of the Complaint by mailing the same, by U.S. Certified Mail, postage prepaid to the Registered Agent, CT Corporation System, 1015 15th Street, N.W., Suite 1000, Washington, D.C. 20005. The original return receipt is attached hereto as Exhibit A to this Affidavit of Service.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

          Respectfully submitted,

          */s/ Leonard A. Sacks*
          Leonard A. Sacks, Esq., Atty. Code 7455
          Leonard A. Sacks & Associates, P.C.
          One Church Street • Suite 303
          Rockville, Maryland 20850
          (301) 738-2470

          *Counsel for Plaintiff*

Dated: October 2, 2007

Law Offices
**LEONARD A. SACKS &
ASSOCIATES, P.C.**
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Hanover Insurance Company
c/o CT Corporation System
Registered Agent
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
___ Thomas

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7004 1350 0005 7203 7316

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---



UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7004 1350 0005 7203 7316**
Status: **Delivered**

Your item was delivered at 10:00 AM on September 27, 2007 in WASHINGTON, DC 20005.

**Track & Confirm**
Enter Label/Receipt Number.
[ _____ ] (Go >)

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. (Go >)

Law Offices
LEONARD A. SACKS & ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705