IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of PAGLIARO BROTHERS STONE COMPANY, INC.<br><br>**Plaintiff,**<br><br>v.<br><br>**THE HANOVER INSURANCE CO.**<br><br>**Defendant.** | Case No. 1:07-cv-01681 |

<u>ANSWER OF THE HANOVER INSURANCE COMPANY</u>

Defendant, The Hanover Insurance Company ("Hanover"), by counsel, in answer to the Complaint filed by The United States of America f/u/b Pagliaro Brothers Stone Company, Inc. ("Pagliaro"), hereby states as follows:

<u>Specific Allegations</u>

1. The allegations contained in paragraph 1 are legal conclusions to which no response is required. To the extent any response is required, the allegations are denied.

2. Hanover without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 2 of Plaintiff's Complaint and they are therefore denied.

3. Hanover admits the allegations contained in paragraph 3 of Plaintiff's Complaint.

4. Hanover admits the allegations contained in paragraph 4 of Plaintiff's Complaint.

5. The allegations contained in paragraph 5 are legal conclusions to which no response is required. To the extent any response is required, the allegations are denied.

6. Hanover admits the allegations contained in paragraph 6 of Plaintiff's Complaint.

7.   Hanover admits that Hillian and Pagliaro entered into a subcontract agreement dated June 30, 2005, for a lump sum amount of $477,500.00, the terms and conditions of which are contained in the subcontract.

8.   Hanover is without knowledge or information sufficient to form a belief as to the the allegations contained in paragraph 8 of Plaintiff's Complaint and they are therefore denied.

9.   Hanover is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 9 of Plaintiff's Complaint and they are therefore denied.

10.  Hanover admits that the government has stopped the work and that Hillian and the government are currently in the process of resolving certain disputes as to the amount due to Hillian as final payment. The matter is presently pending in the U.S. Court of Federal Claims, *Hillian Brothers and Sons, Inc. v. The United States*, Case No: 07-326C

11.  Hanover is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 11 of Plaintiff's Complaint and they are therefore denied.

12.  Hanover is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 12 of Plaintiff's Complaint and they are therefore denied.

## **COUNT I**

13.  Hanover adopts and incorporates by reference the responses to Paragraphs 1 through 12 of Plaintiff's Complaint as if fully set forth herein.

14.  Hanover is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 14 of Plaintiff's Complaint and they are therefore denied.

15.  Hanover is without knowledge or information sufficient to form a belief as to the

allegations contained in paragraph 15, and they are therefore denied.

16.     Hanover admits that Hillian has paid Pagliaro to the extent that Hillian has been paid for Paligaro's work by the government.  Any additional amounts due and owing to Pagliaro are a part of the claim of Hillian Brothers against the goverment.

### **COUNT II**

17.     Hanover adopts and incorporates by reference the responses to Paragraphs 1 through 16 of Plaintiff's Complaint as if fully set forth herein.

18.     Hanover is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 18, and they are therefore denied.

19.     Hanover is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 19, and they are therefore denied.

20.     Hanover is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 20, and they are therefore denied.

21.     Hanover is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 21 and they are therefore denied.

22.     Hanover is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 22 and they are therefore denied.

23.     Hanover denies the allegations contained in paragraph 23 of Plaintiff's Complaint.

24.     Hanover denies the allegations contained in paragraph 24 of Plaintiff's Complaint.

25.     Hanover denies any and all allegations not specifically admitted or denied above.

### Affirmative Defenses

### First Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### Second Defense

Plaintiff's claims are barred as payment is not due as Hillian Brothers has not been paid for Plaintiff's work by the government.

### Third Defense

Plaintiff's claims are barred by the applicable statute of limitations.

### Fourth Defense

Plaintiff's claims are barred due to its failure to comply with all conditions precedent to make a claim under the Bond.

### Fifth Defense

Plaintiff's claims are barred as they are subject to an arbitration clause in the subcontract between Hillian Brothers and Plaintiff.

WHEREFORE, Defendant, The Hanover Insurance Company respectfully requests that this Court dismiss Plaintiff's Complaint, with prejudice, and that costs of this action be awarded to the Defendant.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**


By: _____/S/_____
    Donald H. Spence, Jr., Esq.
    D.C. Bar No. 382567
    51 Monroe Place, Suite 707
    Rockville, Maryland 20850
    Email: dspence@gstlaw.com
    301-610-0010

Attorneys for The Hanover Insurance Company