CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | |
|---|---|
| United States f/u/b Pagliaro Brothers Stone Company, Inc.<br><br>vs     Plaintiff<br><br>The Hanover Insurance Company<br><br>Defendant | )<br>)<br>)<br>)<br>)   Civil Action No. 1:07-cv-01681<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Defendant, The Hanover Insurance Co.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The Hanover Insurance Company__ which have any outstanding securities in the hands of the public:

The Hanover Insurance Group, Inc. (a Delaware Corp.)
The Hanover Insurance Company (a New Hampshire Corp.)
Massachusetts Bay Insurance Company
Citizens Insurance Company

These representations are made in order that judges of this court may determine the need for recusal.

_Attorney of Record_
_[signature]_
Signature

| | |
|---|---|
| 382567 | Donald H. Spence, Jr. |
| BAR IDENTIFICATION NO. | Print Name |
| | Greenburg, Spence & Taylor, LLC |
| | Address |
| | 51 Monroe Place, Suite 707, Rockville, MD 20850 |
| | City       State       Zip Code |
| | (301) 610-0010 |
| | Phone Number |