CO-386-online
10/03

# United States District Court
# For the District of Columbia

United States of America f/u/b/o )
Pagliaro Brothers Stone Co., Inc., )
)
)
          Plaintiff )    Civil Action No. __1:07-cv-01681__
vs )
The Hanover Insurance Company )
)
)
          Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __the Use-Plaintiff__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Pagliaro Brothers Stone Company, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

                                        Attorney of Record
                                        *[signature]*
                                        Signature

__150268__
BAR IDENTIFICATION NO.

Leonard A. Sacks, Esq.
Print Name

Leonard A. Sacks & Associates, P.C.
Address

1 Church St., Ste. 303, Rockville, MD 20850
City          State          Zip Code

(301) 738-2470          lsacks@laspc.net
Phone Number