CO-386-online
10/03

# United States District Court
# For the District of Columbia

USA f/u/b Pagliaro Brothers Stone ）
Company, Inc. ）
 ）
 ）
                Plaintiff ）   Civil Action No. __1:07-cv-01681__
vs ）
 ）
The Hanover Insurance Company ）
 ）
 ）
               Defendant ）

SUPPLEMENTAL
CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __The Hanover Insurance Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The Hanover Insurance Company__ which have any outstanding securities in the hands of the public:

AMGRO, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Donald H. Spence, Jr._
Signature

DC Bar No. 382567
BAR IDENTIFICATION NO.

Donald H. Spence, Jr.
Print Name

51 Monroe Place, Suite 707
Address

Rockville, MD 20850
City      State      Zip Code

301-610-0010
Phone Number