UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA for the use and benefit of PAGLIARO BROTHERS STONE COMPANY, INC.,

Plaintiff,

v.

THE HANOVER INSURANCE CO.,

Defendant.

Civil Action No. 07-1681 (CKK)

## ORDER
(November 19, 2007)

Pursuant to the Parties' [10] Joint Report filed on November 19, 2007, the above-captioned case has been referred to a Magistrate Judge for <u>all purposes</u>, including trial, pursuant to Local Civil Rule 73.1. The Clerk's Office is instructed to issue a Form 299 assigning the case to a Magistrate Judge for all purposes. After assignment, the Parties are to promptly contact the Magistrate Judge's chambers to schedule further proceedings and to obtain standard consent forms agreeing to appear before a Magistrate Judge for all purposes that will be submitted to this Court for approval.

Furthermore, the Initial Scheduling Conference previously scheduled before Judge Kollar-Kotelly on December 4, 2007, is cancelled.

Accordingly, it is this 19th day of December, 2007,

**SO ORDERED.**

                                                       /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge

