IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> for the Use and Benefit of **PAGLIARO** <br> **BROTHERS STONE COMPANY, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **THE HANOVER INSURANCE COMPANY,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **Case No.: 1:07-cv-01681** <br> ) <br> ) **Judge John M. Facciola** <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1), Fed. R. Civ. P., Pagliaro Brothers Stone Company, Inc. and The Hanover Insurance Company, by counsel, hereby stipulate and agree that this cause of action is hereby dismissed without prejudice, each party to bear its own costs and expenses.

| | |
|---|---|
| LEONARD A. SACKS & ASSOCIATES, P.C. | GREENBURG, SPENCE & TAYLOR, LLC |
| By:  /s/ Leonard A. Sacks | By:  /s/ Donald H. Spence, Jr. |
| Leonard A. Sacks, Esq., DCB 150268 | *Signed by Leonard A. Sacks with permission* |
| Leonard A. Sacks & Associates, P.C. | Donald H. Spence, Jr., Esq., DCB 382567 |
| One Church Street • Suite 303 | Greenberg Spence & Taylor, LLC |
| Rockville, Maryland 20850 | 51 Monroe Street • Suite 707 |
| (301) 738-2470 | Rockville, Maryland 20850 |
| | (301) 610-0010 |
| *Counsel for Pagliaro Brothers Stone Company* | *Counsel for The Hanover Insurance Company* |

Dated: January 7, 2008